UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LONNIE EWING and INA EWING, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HENRY A. GILL and TRANSAM )<br>TRUCKING, INC., )<br>)<br>Defendants. ) | NO.  12-cv-00578-JPG |

## JUDGMENT IN A CIVIL CASE

**GILBERT, U. S. District Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:    May 10, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By:s/Deborah Agans, Deputy Clerk


APPROVED:    *s/J. Phil Gilbert*
J. PHIL GILBERT
U. S. DISTRICT JUDGE